NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: NOVALIQ GMBH,**
*Appellant*

---

2022-2252

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 16/109,127.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

<u>January 6, 2023</u>
　　Date

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** January 6, 2023